833 A.2d 625

IN THE MATTER OF KENNETH L. JOHNATHAN, JR., AN
ATTORNEY AT LAW (ATTORNEY NO. 016331985).

October 28, 2003.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 03–159, concluding that **KENNETH L. JOHNA-THAN, JR.,** of **NEPTUNE TOWNSHIP**, who was admitted to the

bar of this State in 1985, should be reprimanded for violating *RPC* 1.3 (lack of diligence) and *RPC* 1.4(a) (failure to communicate with client), and good cause appearing;

It is ORDERED that **KENNETH L. JOHNATHAN, JR.**, is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.